**Motions Denied; Appeal Dismissed and Memorandum Opinion filed December 9, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00867-CR

---

**EDWARD ROY NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 441673**

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on October 15, 2014, in trial court cause number 441673. Appellant's conviction in that case was entered January 24, 1986, and subsequently affirmed by this court. *Newsome v. State*, C14-87-00048-CR, 1988 WL 26430 (Tex. App.—Houston [14th Dist.] Mar. 24, 1988, pet. ref'd) (not designated for publication).

Appellant is attempting to challenge his final felony conviction. Article 11.07 of the Code of Criminal Procedure provides the exclusive means for challenging a final felony conviction. *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding). Further, jurisdiction to grant post-conviction habeas corpus relief on a final felony conviction rests exclusively with the Court of Criminal Appeals. *Ex parte Hoang v. State*, 872 S.W.2d 694 (Tex. Crim. App. 1993). We therefore dismiss the appeal for want of jurisdiction and deny all pending motions.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).